GOVE, Appellant, v. TISCHLER, Respondent. (Supreme Court Appellate Division, First Department. May 20, 1905.) Appeal from Special Term. Action by La Roy S. Gove, as trustee, etc., against Max Tischler. From an order granting defendant's motion to vacate

a judgment in favor of plaintiff, he appeals. Modified. A. C. Weil, for appellant. M. Feltenstein, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the defendant, as a condition of granting the motion, to pay $10 costs of opposing the same, and also $30 trial fee and the disbursements of the trial. As so modified, the order should be affirmed, without costs.

VAN BRUNT, P. J., dissents, upon the ground that the order should be reversed, and the motion denied.